AMANDA LEWIS and others, *Appellants, v.* FRANK MANNING and PIERSON D. OGDEN, *Respondents.* — Order reversed, with costs. Opinion by RUMSEY, J.

ALFRED STOUT and others, *Respondents, v.* LEWIS M. SMITH, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

WILLIAM B. FITCH, *as Survivor, etc., Respondent, v.* WILLIAM J. BEST, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by RUMSEY, J.

JAMES M. RANDALL, *Appellant, v.* AARON W. DUNBAR and others, *Respondents.* — Order affirmed, with costs. Opinion by LEARNED, P. J.

NATHANIEL F. GREEN, *Appellant, v.* BETSEY E. GREEN, *Respondent.* — Order affirmed, with costs. Opinion by OSBORN, J.; RUMSEY, J., dissenting.

WILLIAM D. MEAD, *Respondent, v.* THOMAS A. SHEA, *Appellant.* — Ordered, that case be sent back to be properly made and settled. No costs to be taxed for the printing of this case. Neither party to have costs of November term. Opinion by RUMSEY, J.; OSBORN, J., not acting.

JANE A. WEED and FANNIE S. WEED, *Appellants, v.* CHARLES O. ROOT, *Respondent, Impleaded, etc.* — So much of judgment as declares rights of parties, reversed. Dismissal of complaint affirmed, with costs to defendant and with costs of this appeal. Opinion by LEARNED, P. J.

CHARLES B. PERRY, *Appellant, v.* CYRUS STRONG and others, *Respondents.* — Judgment affirmed, with costs. Opinion by OSBORN, J.

CURTIS G. HUSSEY and others, *Appellants, v.* BELDEN NOBLE, *Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

MARY J. MANN, *Respondent, v.* DELOS H. MANN, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by OSBORN, J.

IN THE MATTER OF THE MERCANTILE TRUST COMPANY. — Motion denied.

THE BOARD OF SUPERVISORS OF SARATOGA COUNTY, *Respondents, v.* ANDREW SEABURY and others, *Appellants.* — Motion for reargument denied, with ten dollars costs.

AMY W. HEARTT, *Plaintiff, v.* MALINDA CLOTHIER and others, *Defendants.* — Motion denied, with ten dollars costs.

HELLING v. ROSBACK. — Motion to dismiss appeal denied, without costs.

JOHN W. DEAN, *Plaintiff, v.* SEYMOUR BATES, *Defendant.* — Motion denied, with ten dollars costs, unless plaintiff pays ten dollars costs, in each case, of last term and ten dollars costs of this motion.